JS-6

ADAM P. KOHSWEENEY (S.B. #229983)
akohsweeney@omm.com
CHELSEA ESPIRITU (S.B. #346296)
cespiritu@omm.com
RAESHONDRA K. DIKE (S.B. #354617)
rdike@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: 415-984-8912
Facsimile: 415-984-8701

Attorneys for Defendant
UNITED AIRLINES, INC.

SHAUN SETAREH, ESQ. (S.B. #204514)
shaun@setarehlaw.com
THOMAS SEGAL, ESQ. (S.B. #222791)
thomas@setarehlaw.com
FARRAH GRANT, ESQ. (S.B. #293898)
farrah@setarehlaw.com
420 N. Camden Drive, Suite 100
Beverly Hills, California 90210
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff
REMON SHOKRY MAIKHAIL FARAG

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

REMON SHOKRY MAIKHAIL FARAG, on behalf of himself and all other current and former non-exempt employees,

Plaintiff,

v.

UNITED AIRLINES, INC., an Illinois Stock Corporation; and DOES 1 through 50, inclusive,

Defendants.

Case No. CV 26-8213-GW-PVCx

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

Judge George H. Wu

Complaint Filed: June 18, 2026

**ORDER**

Having received and reviewed the Parties' Joint Stipulation Dismissing Action Without Prejudice, and finding good cause therefor based on the reasons set forth therein, the Court hereby orders this Action, case number 2:26-cv-08213-GW-PVC, dismissed in its entirety without prejudice, with each side to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: September 4, 2026

HON. GEORGE H. WU,
United States District Judge